UNITED STATES *v.* L. HUFFMASTER. (No. 4,998.)

*(Circuit Court, N. D. California.* May 21, 1888.)

COURTS—FEDERAL CIRCUIT COURTS—JURISDICTIONAL AMOUNT.
Under the act of March 3, 1887, (24 St. at Large, 552,) the United States circuit courts have no jurisdiction of an action to recover money or property wherein the United States are plaintiffs, unless the amount or value of the matter in controversy exceeds the sum of $2,000, exclusive of costs.

*(Syllabus by the Court.)*

*J. C. Carey,* U. S. Atty., for plaintiff.
*Wm. H. Cook,* for defendant.
Before SAWYER, Circuit Judge.

SAWYER, J. This is an action to recover the possession of 60 cords of wood cut upon the public lands, alleged to be of the value of $372. The suit was commenced on July 12, 1887, and it therefore falls under the provisions of the act of March 3, 1887, amendatory of the act of 1875, to determine the jurisdiction of the circuit courts of the United States, etc., (24 St. 552.) The provision of section 1, conferring jurisdiction, is, in all respects affecting the question of jurisdiction in this case, substantially the same as in the act of 1875, except that it raises the value of the matter in controversy in order to give jurisdiction from $500 to $2,000. The value of the wood sought to be recovered being much less than $2,000, the court has no jurisdiction, and, as in the preceding case, (No. 3,704,) and for the reasons therein given, the suit must be dismissed, without prejudice, for want of jurisdiction, and it is so ordered.

---

UNITED STATES *v.* C. HUFFMASTER. (No. 4,997.)

*(Circuit Court, N. D. California.* May 21, 1888.)

*J. C. Carey,* U. S. Atty., for plaintiff.
*Wm. H. Cook,* for defendant.
Before SAWYER, Circuit Judge.

SAWYER, J. This is an action similar to the last, to recover 150 cords of wood cut upon public lands, of the alleged value of $960, commenced on July 12, 1887. For reasons given in the two preceding cases, (Nos. 3,704 and 4,998,) the suit must be dismissed, without prejudice, for want of jurisdiction, and it is so ordered.